# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

March 6, 2002

**Before**

Hon.  WILLIAM J. BAUER, *Circuit Judge*

Hon.  FRANK H. EASTERBROOK, *Circuit Judge*

Hon.  MICHAEL S. KANNE, *Circuit Judge*

| | |
|---|---|
| GAMBA M. RASTAFARI, also known as GREGORY ROUSTER, <br>     *Petitioner-Appellant*, <br><br> **No.**  00-4063 <br><br>     **v.** <br><br> RONDLE ANDERSON, <br>     *Respondent-Appellee*. | Appeal from the United States District Court for the Northern District of Indiana, South Bend Division. <br><br> No. 99 C 608 <br><br><br> Allen Sharp, <br>     *Judge*. |

**O R D E R**

The slip opinion issued in the above-entitled cause on January 22, 2002, is amended as follows:

On page 35, under the "**III. Conclusion**" Section, the sentence should read:

Because of the foregoing, we AFFIRM the district court's denial of Rouster's petition for writ of habeas corpus.